| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1 | MARCUS S WILCOX | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | District of Arizona (State) | |
| Case number | 2:24-bk-05722-EPB | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 7917

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 8/9/2024 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 7/31/2024 | (11) | $ 450.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page 1

| Debtor 1 | MARCUS S WILCOX | | | Case number (if known) 2:24-bk-05722-EPB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Josephine E. Salmon**
Signature

Date 9 / 11 / 2024

Print: Josephine E. Salmon
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Aldridge Pite, LLP

Address: 3333 Camino del Rio South, Suite 225
Number   Street
San Diego   CA   92108
City   State   ZIP Code

Contact phone ( 858 ) 750 – 7600

Email: jsalmon@aldridgepite.com

| | |
|---|---|
| 1 | Josephine E. Salmon (SBN 020630)<br>jsalmon@aldridgepite.com |
| 2 | Janet M. Spears (SBN 023833)<br>jspears@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP**<br>3333 Camino del Rio South |
| 4 | Suite 225<br>San Diego CA 92108 |
| 5 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC. |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| MARCUS S WILCOX, | Case No. 2:24-BK-05722-EPB |
| Debtor. | **PROOF OF SERVICE** |

I, Monica Jones, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

I hereby certify that I caused a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges to be served on September 11, 2024. Service was accomplished by the method and to the following as indicated:

**BY ELECTRONIC NOTICE OR FIRST CLASS MAIL**

MARCUS S WILCOX
4502 W CAVALIER DR
GLENDALE, AZ 85301
(Via U.S. Mail)

Thomas Adams McAvity
documents@phxfreshstart.com
(Via Email)

1      Case No. 2:24-bk-05722-EPB

**PROOF OF SERVICE**

RUSSELL BROWN
mail@ch13bk.com
(Via Email)

U.S. Trustee
USTPRegion14.PX.ECF@USDOJ.GOV
(Via Email)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2024            /s/ *Monica Jones*
                                     MONICA JONES

2     Case No. 2:24-bk-05722-EPB
**PROOF OF SERVICE**